Dismissed and Memorandum Opinion filed November 4, 2004









Dismissed and Memorandum Opinion filed November 4,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00961-CV

____________

 

BRUCE E.
GARDNER, Appellant

 

V.

 

CLAUDE
CUMMINGS, JR. and RUTH CUMMINGS, Appellees

 



 

On Appeal from the
234th District Court

Harris County, Texas

Trial Court Cause
No. 01-62783

 



 

M E M O R A N D U M   O P I N I O N

This is a premature appeal filed before entry of a final judgment.  On October 27, 2004, appellant filed a motion
to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 4, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.